No. 69078.—Fedtro, Inc., et al. *v.* United States, protests 63/354, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of electric manicure sets which contain as an essential feature an electrical element or device and that the issue herein is the same in all material respects as that involved in *United States* v. *Electrolux Corporation* (46 CCPA 143, C.A.D. 718), the claim of the plaintiffs was sustained.